U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

DEC 19 2025

ERIC M. STORMS, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Flagstar Bank, N.A.<br><br>**Plaintiff**<br><br>vs.<br><br>Mahdi T. Chaeichi<br><br>**Defendant** | CIVIL ACTION NO: 2:25-cv-00394-JAW<br><br>**JUDGMENT OF FORECLOSURE AND SALE**<br><br>RE:<br>3 Fairlawn Avenue, Lewiston, ME 04240 ("Lewiston Property")<br>Mortgage:<br>April 17, 2020<br>Book 10354, Page 67<br>Androscoggin County Registry of Deeds |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on December 19, 2025. Plaintiff, Flagstar Bank, N.A., was present and represented by Reneau J. Longoria, Esq. Defendant, Mahdi T. Chaeichi, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment as to Count I, Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay Flagstar Bank, N.A. ("Flagstar") the amount adjudged due and owing as of November 20, 2025 ($187,007.25) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Flagstar shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $167,892.59 |
| Interest | $5,961.36 |
| Escrow Advance Balance | $6,675.07 |
| Corporate Advance Balance | $6,298.33 |
| Mortgage Insurance Premium | $114.26 |
| Late Charges | $ 65.64 |
| Grand Total | $187,007.25 |

2. If the Defendant or his/her heirs or assigns do not pay Flagstar the amount adjudged due and owing ($187,007.25) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Lewiston Property shall terminate, and Flagstar shall conduct a public sale of the Lewiston Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $187,007.25 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Flagstar may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, Flagstar may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing as of November 20, 2025 is $187,007.25.

6. Flagstar Bank, N.A. has first priority, in the amount of $187,007.25, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant

who has second priority.

7. The prejudgment interest rate is 3.37500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.23%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2024, 4.23% plus 6% for a total post-judgment interest rate of 10.23%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Flagstar Bank, N.A.<br>5151 Corporate Dr.<br>Troy, MI 48098 | Reneau J. Longoria, Esq.<br>William H. Sandstead, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Mahdi T. Chaeichi<br>Androscoggin County Jail<br>40 Pleasant St<br>Auburn, ME 04210 | Pro Se/Defaulted |

a) The docket number of this case is No. 2:25-cv-00394-JAW.

b) The Defendant, the only parties to these proceedings besides Flagstar, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 3 Fairlawn Avenue, Lewiston, ME 04240, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 3 Fairlawn Avenue, Lewiston, ME 04240. The Mortgage was executed by the Defendant, Mahdi T. Chaeichi on April 17, 2020. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 10354, Page 67.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 3 Fairlawn Avenue, Lewiston, ME 04240.

**SO ORDERED**

DATED THIS 19th DAY OF December, 2025

_____
U.S. DISTRICT JUDGE